UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artemisa ELIZONDO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., and DOES 1–100,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-00829-GPC-BGS<br><br>**ORDER RESCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

　　　On March 10, 2021, pursuant to Judge Skomal's Chambers' Rules V(A), Defendant's counsel called the Chambers of Judge Skomal to inform the Court that opposing counsel was being unresponsive to a request to meet and confer as to Plaintiff's responses to Defendant's written discovery requests. (ECF No. 22.) The Court issued a minute order setting a Telephonic Discovery Conference for March 12, 2021 at 10:00 AM. (*Id.*) This conference required attorneys for both parties to jointly call into chambers to discuss Plaintiff's responses to Defendant's written discovery requests. (*See id.*)

　　　Leading up to the Discovery Conference, the parties had been in contact with the Chambers of Judge Skomal. (ECF No. 23.) Both parties requested to extend Plaintiff's response deadline until March 19, 2021 to allow for Plaintiff's counsel to supplement his

responses to Defendant's written discovery requests. (*Id.*) On March 12, 2021, the Court issued a minute entry granting this request and continuing the Telephonic Discovery Conference until March 22, 2021 at 2:00 PM. (*See id.*)

On March 22, 2021 at 2:00 PM, the Court attempted to convene the parties for the scheduled Telephonic Discovery Conference. Since the Chambers of Judge Skomal did not receive a joint phone call, the Court contacted the counsel for both parties to inquire whether they were going to attend the scheduled Telephonic Discovery Conference. Although the Court was able to speak with Defendant's counsel, the Chambers of Judge Skomal was unable to get a hold of Plaintiff's counsel, Raymond Ghermezian. The Court was told by Mr. Ghermezian's assistant that he was in a Summary Judgment hearing and was unable to speak.

Accordingly, the Court **ORDERS** Mr. Ghermezian to explain his failure to attend the March 22, 2021 Telephonic Discovery Conference.

Further, the TELEPHONIC Discovery Conference set for March 22, 2021 at 2:00 PM (ECF Nos. 22, 23) is **RESCHEDULED** for Thursday, **March 25, 2021** at **10:00 AM**. Counsel for the parties are responsible for coordinating and initiating a JOINT call into chambers via (619) 557-2993 once all call participants are on the line. If parties for good cause cannot make this Telephonic Discovery Conference, they are to JOINTLY contact the Chambers of Judge Skomal to request a new date and time.

Parties shall be prepared to discuss the status of the remaining discovery. Mr. Ghermezian shall also be prepared to discuss: (1) his failure to attend the March 22, 2021 Telephonic Discovery Conference and (2) his failure to timely notify the Court of his scheduling conflict.

**IT IS SO ORDERED**.

Dated:  March 22, 2021

_____
Hon. Bernard G. Skomal
United States Magistrate Judge